JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELITO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE, and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No. CV 12-10491-DMG (Ex)<br><br>**ORDER GRANTING DISMISSAL <u>WITH PREJUDICE</u>**<br>[13] |

In accordance with the terms of the Stipulation for Voluntary Dismissal filed by the parties (Dkt. 13), by and through their attorneys of record, and good cause appearing therefor, the Court hereby orders that in exchange for a waiver of costs, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

**IT IS SO ORDERED.**

DATED: September 18, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE