JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELITO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE, and DOES 1 through 50, Inclusive,<br><br>        Defendants. | Case No. CV 12-10491-DMG (Ex)<br><br>**ORDER GRANTING DISMISSAL <u>WITH PREJUDICE</u>**<br>[13] |

ORDER GRANTING DISMISSAL WITH PREJUDICE

15970829v.1

1   In accordance with the terms of the Stipulation for Voluntary Dismissal filed
2   by the parties (Dkt. 13), by and through their attorneys of record, and good cause
3   appearing therefor, the Court hereby orders that in exchange for a waiver of costs,
4   that the above-captioned action be and hereby is dismissed with prejudice pursuant
5   to Federal Rules of Civil Procedure, Rule 41(a)(1).

**IT IS SO ORDERED.**

DATED:  September 18, 2013            _____
                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING DISMISSAL WITH PREJUDICE
15970829v.1